JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAULO C. ALVARADO AMAYA, | NO. CV 22-5904-SSS(E) |
| Petitioner, | |
| v. | JUDGMENT |
| RAY MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 20, 2023.

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE